**1647 HALE vs. RISLEY (Moderator), 69 M., 596.**

To compel respondent to bring suit on an assessor's bond for breach of its conditions, in paying an order issued to an alleged unqualified teacher.

Denied April 24, 1888.

Held, that the writ will not be allowed where it is apparent that it is applied for to gratify the spite of a private individual; nor where the relator has instigated, authorized or approved the act complained of.